■ In the Matter of CHERICE SHANDS, Appellant, v ERIC WOOLING, Respondent. [746 NYS2d 398]

The Family Court improvidently exercised its discretion in awarding custody of the child to the father without conducting a factual hearing to determine the fundamental issue of the

best interests of the child (*see Matter of Bowen v Roberts,* 292 AD2d 380; *Matter of Klang v Klang,* 235 AD2d 476). Ritter, J.P., Feuerstein, Adams and Rivera, JJ., concur.